**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Memphis District Office
200 Jefferson Ave, Suite 1400
Memphis, TN 38103
(901) 685-4590
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/20/2024

**To:** Tekeva Shaw
966 Looney Ave
MEMPHIS, TN 38107
Charge No: 490-2024-01532

EEOC Representative and email:   JASON SIMS
Federal Investigator
JASON.SIMS@EEOC.GOV

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 490-2024-01532.

On behalf of the Commission,

Digitally Signed By: Edmond Sims
05/20/2024
Edmond Sims
Acting District Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>490-2023-02782 |
|---|---|---|
| Tennessee Human Rights Commission | | and EEOC |
| *State or local Agency, if any* | | |

| 1 Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br>Ms. Tekeva Shaw | Home Phone<br>(901) 690-4686 | Year of Birth<br>1985 |
|---|---|---|
| Street Address<br>966 Looney Ave<br>Memphis, TN 38107 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>KFC (Tasty Chickn) | No. Employees, Members<br>15 - 100 Employees | Phone No. |
|---|---|---|
| Street Address<br>1295 N GERMANTOWN PKWY<br>Cordova, TN 38016 | | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Sex | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest                    Latest<br>12/06/2022                02/24/2023 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired on December 6, 2022, as a Team Member.

During my employment, I was subjected to harassment, sexual harassment, and unfair treatment by black male Shift Manager, Kenya Little. In January 2023, I reported Mr. Littles behavior to General Manager, Tura Taylor. Due to Ms. Taylors ineffective management, Mr. Littles behavior continued. On February 24, 2023, I resigned (constructively discharged) due to an inadequate complaint process in that complaints were not addressed.

I believe I have been discriminated against due to my sex (female) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Tekeva Shaw**<br>07/31/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11 09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 490-2024-01532 |

Tennessee Human Rights Commission — and EEOC
*State or local Agency, if any*

**Name:** Tekeva Shaw
**Home Phone:** 901-690-4686
**Year of Birth:** 1995

**Street Address:**
966 Looney Ave
MEMPHIS, TN 38107

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** Tasty Chicken (KFC)
**No. Employees, Members:** 15 - 100 Employees
**Phone No:**

**Street Address:**
200 N Danny Thomas Blvd
MEMPHIS, TN 38105

**DISCRIMINATION BASED ON:** Retaliation

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 10/12/2023
Latest: 10/12/2023

U.S. EEOC
Memphis District Office
Memphis, TN

RECEIVED

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

On or around October 12, 2023, I was subjected to harassment by the above-named company in that I was disrespected and received poor customer service.

I believe that I was discriminated and retaliated against for filing a previous charge 490-2023-02782, against the company, in violation of Title VII of the Civil Rights Act of 1964.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/28/2024
*Charging Party Signature*

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Page 1 of 2