Tekewa Shaw
969 Looney Ave,
Memphis, TN 38107



RECEIVED
JUN 27 2024
CLERK, U.S. DIST. COURT
W. DIST. OF TENN.

United States District
Court
242 Federal Bldg., 167 N
Memphis, TN 38103