Case: **2:24−cv−02459**
Assigned To : **Norris, Mark S.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **6/27/2024**
Description: **Shaw v. KFC (Tasty Chicken)**