**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

TEKEVA D. SHAW,

Plaintiff,

v. Case No. 2:24-cv-02459-MSN-atc

KFC (TASTY CHICKEN),

Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE**

---

Before the Court is Magistrate Judge Christoff's Report and Recommendation ("R&R"), entered September 2, 2026. (ECF No. 33.) Judge Christoff recommends that Ms. Shaw's claims be dismissed for failure to prosecute. (*Id.*) Ms. Shaw has not objected to the R&R, and the time for doing so has passed. Accordingly, the Court **ADOPTS** Judge Christoff's R&R and **DISMISSES** this case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Congress enacted 28 U.S.C. § 636 to relieve the burden on the federal judiciary by permitting the assignment of district court duties to magistrate judges. *See United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869–70 (1989)); *see also Baker v. Peterson*, 67 F. App'x 308, 310 (6th Cir. 2003). For dispositive matters, "[t]he district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. §636(b)(1). After reviewing the evidence, the court is free to accept, reject, or modify the magistrate judge's proposed findings or

recommendations. 28 U.S.C. § 636(b)(1). The district court is not required to review—under a *de novo* or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *See id.* at 151.

Judge Christoff entered the R&R on September 2, 2026. (ECF No. 33.) The R&R clearly notified the parties that they had 14 days in which to file written objections to the proposed findings and recommendations. The R&R warned that failure to file objections within the 14 days may constitute a waiver/forfeiture of objections, exceptions, and further appeal. The 14-day period for filing objections has expired and, to date, neither party has filed objections.

Accordingly, Judge Christoff's R&R (ECF No. 33) is **ADOPTED** in its entirety, and Defendant's Motion to Dismiss under Rule 41(b) is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of September, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE